

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2020

No. 04-19-00882-CV

**VILLEJO ENTERPRISES, LLC** D/B/A Good Guys Auto Group ("Good Guys"),
Appellants

v.

**C.R. COX, INC** D/B/A AAMCO and Carl Cox,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV01289
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The Appellees' motion for extension of time is hereby GRANTED. The Appellees' brief is deemed filed.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court